LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHNNY A. COLON, Bar No. 294447
jcolon@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

VAUGHAN & ASSOCIATES
CRIS C. VAUGHAN, Bar No. 99568
ccvaughan@sbcglobal.net
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:    916.660.9401
Facsimile:    916660.9378

Attorney for Plaintiff
JACK C. KELLUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK C. KELLUM,<br><br>          Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC.;<br>and DOES 1-50, inclusive,<br><br>          Defendant. | Case No.  2:16-cv-02678-JAM-KJN<br><br>**STIPULATION AND  ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SUBMIT JOINT STATUS REPORT (LOCAL RULE 144(a))**<br><br>Current Response Date: January 18, 2017<br>New Response Date: February 15, 2017 |

Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Eastern District Local Rule 144(a), Plaintiff Jack C. Kellum ("Plaintiff") and Defendant the University of Phoenix, Inc. ("UOP") (collectively the "Parties") hereby stipulate and request a twenty-eight (28) day extension of time for UOP to answer or otherwise respond to Plaintiff's Complaint.  The Parties also request the same extension of time for the parties to submit their Joint Status Report.  Good cause exists as the Parties are engaging in good faith discussions regarding the terms and conditions of a proposed settlement agreement.  This is the second extension taken by the Parties.

**IT IS SO STIPULATED.**

Dated: January 12, 2017                              VAUGHAN & ASSOCIATES

*/s/  Chris A. Vaughan*
CRIS A. VAUGHAN
ATTORNEYS FOR PLAINTIFF
JACK C. KELLUM

Dated: January 12, 2017                              LITTLER MENDELSON, P.C.

*/s/  Johnny A. Colon*
BENJAMIN L. WEBSTER
JOHNNY A. COLÓN
ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF PHOENIX, INC.

**ORDER**

For good cause, the Parties' request for a twenty-eight day extension of the filing deadline for Defendant's response to Plaintiff's Complaint and the filing deadline for the Joint Status Report, IS HEREBY GRANTED.  Defendant's response to the Complaint shall be due on February 15, 2017.  The Joint Status Report shall be due on March 1, 2017.

IT IS SO ORDERED.

Dated: 1/12/2017                              /s/ John A. Mendez
JOHN A. MENDEZ
U. S. District Court Judge

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT