1  LITTLER MENDELSON, P.C.
   BENJAMIN L. WEBSTER, Bar No. 132230
2  bwebster@littler.com
   JOHNNY A. COLON, Bar No. 294447
3  jcolon@littler.com
   500 Capitol Mall, Suite 2000
4  Sacramento, CA  95814
   Telephone:    916.830.7200
5  Facsimile:    916.561.0828

6  Attorneys for Defendant
   THE UNIVERSITY OF PHOENIX, INC.
7
   VAUGHAN & ASSOCIATES
8  CRIS C. VAUGHAN, Bar No. 99568
   ccvaughan@sbcglobal.net
9  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
10 Telephone:    916.660.9401
   Facsimile:    916660.9378
11
   Attorney for Plaintiff
12 JACK C. KELLUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JACK C. KELLUM, | Case No.  2:16-cv-02678-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SUBMIT JOINT STATUS REPORT (LOCAL RULE 144(a))** |
| v. | |
| THE UNIVERSITY OF PHOENIX, INC.; and DOES 1-50, inclusive, | |
| Defendant. | Current Response Date:  February 15, 2017<br>New Response Date:  March 17, 2017 |

Firmwide:145783452.1 073540.1121                                Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

1   Pursuant to Eastern District Local Rule 144(a), Plaintiff Jack C. Kellum ("Plaintiff")
2   and Defendant the University of Phoenix, Inc. ("UOP") (collectively the "Parties") hereby stipulate
3   and request a thirty (30) day extension of time for UOP to answer or otherwise respond to Plaintiff's
4   Complaint.  The Parties also request the same extension of time for the parties to submit their Joint
5   Status Report.  This is the Parties' second request for an extension of time from this Court.

6   Good cause exists as the Parties are continuing to engage in good faith discussions
7   regarding the terms and conditions of a proposed settlement agreement.  Since the last extension of
8   time, the Parties have made significant progress regarding the proposed settlement agreement (*e.g.,*
9   they have reached an agreement in principle for Plaintiff to re-take a set number of classes at UOP
10  free of charge).  The Parties, however, need an additional extension to resolve additional terms and
11  conditions regarding Plaintiff's return to UOP, *e.g.*, grade point average needed to confer his Master
12  in Business Administration and additional accommodations.  The Parties respectfully request this
13  Court to grant an additional extension to allow the Parties to continue and conclude their productive
14  settlement discussions.

15  **IT IS SO STIPULATED.**

16  Dated: February 13, 2017                         VAUGHAN & ASSOCIATES

19                                                   */s/   Cris A. Vaughan*
                                                     CRIS A. VAUGHAN
20                                                   ATTORNEYS FOR PLAINTIFF
                                                     JACK C. KELLUM

21  Dated: February 13, 2017                         LITTLER MENDELSON, P.C.

23                                                   */s/  Johnny A. Colón*
                                                     BENJAMIN L. WEBSTER
24                                                   JOHNNY A. COLÓN
                                                     ATTORNEYS FOR DEFENDANT
25                                                   THE UNIVERSITY OF PHOENIX, INC.

Firmwide:145783452.1 073540.1121                                    Case No.  2:16-cv-02678-JAM-KJN
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

**ORDER**

For good cause, the Parties' request for a thirty (30) day extension of the filing deadline for Defendant's response to Plaintiff's Complaint and the filing deadline for the Joint Status Report, IS HEREBY GRANTED. Defendant's response to the Complaint shall be due on March 17, 2017. The Joint Status Report shall be due on April 1, 2017.

IT IS SO ORDERED.

Dated:  2/13/2017                                    /s/ John A. Mendez
                                                                JUDGE  JOHN A. MENDEZ

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:145783452.1 073540.1121                                    Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT