LITTLER MENDELSON, P.C.
BENJAMIN L. WEBSTER, Bar No. 132230
bwebster@littler.com
JOHNNY A. COLON, Bar No. 294447
jcolon@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendant
THE UNIVERSITY OF PHOENIX, INC.

VAUGHAN & ASSOCIATES
CRIS C. VAUGHAN, Bar No. 99568
cvaughan@adasolutionsgroup.com
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:   916.660.9401
Facsimile:    916660.9378

Attorney for Plaintiff
JACK C. KELLUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK C. KELLUM,<br><br>                    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PHOENIX, INC.; and DOES 1-50, inclusive,<br><br>                    Defendant. | Case No.  2:16-cv-02678-JAM-KJN<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SUBMIT JOINT STATUS REPORT (LOCAL RULE 144(a))**<br><br>Current Response Date:   March 17, 2017<br>New Response Date:        April 17, 2017 |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

1   Pursuant to Eastern District Local Rule 144(a), Plaintiff Jack C. Kellum ("Plaintiff") and Defendant the University of Phoenix, Inc. ("UOP") (collectively the "Parties") hereby stipulate and request a thirty (30) day extension of time for UOP to answer or otherwise respond to Plaintiff's Complaint. The Parties also request the same extension of time for the parties to submit their Joint Status Report. This is the Parties' third (and is expected to be the final) request for an extension of time from this Court.

Good cause exists as the Parties are continuing to engage in good faith discussions regarding the terms and conditions of a proposed settlement agreement. Since the last extension of time, the Parties have made significant progress regarding the proposed settlement agreement (*e.g.,* they have discussed the details of Plaintiff's grade point average needed to confer his Master in Business Administration and various requests for additional accommodations that could help Plaintiff succeed at the University). The Parties, however, need an additional extension to resolve the details and logistics of the additional accommodations as well as additional terms and conditions of the proposed settlement agreement. The Parties respectfully request this Court to grant an additional extension to allow the Parties to continue and conclude their productive settlement discussions.

**IT IS SO STIPULATED.**

Dated: March 15, 2017                VAUGHAN & ASSOCIATES

*/s/   Cris A. Vaughan*
CRIS A. VAUGHAN
ATTORNEYS FOR PLAINTIFF
JACK C. KELLUM

Dated: March 15, 2017                LITTLER MENDELSON, P.C.

*/s/      Johnny A. Colón*
BENJAMIN L. WEBSTER
JOHNNY A. COLÓN
ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF PHOENIX, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:16-cv-02678-JAM-KJN
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

**ORDER**

For good cause, the Parties' request for a thirty (30) day extension of the filing deadline for Defendant's response to Plaintiff's Complaint and the filing deadline for the Joint Status Report, IS HEREBY GRANTED.  Defendant's response to the Complaint shall be due on April 17, 2017.  The Joint Status Report shall be due on May 1, 2017.

IT IS SO ORDERED.

Dated:  3/15/2017                             /s/ John A. Mendez_____
                                              JUDGE  JOHN A. MENDEZ

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Case No.  2:16-cv-02678-JAM-KJN

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT